# COURTROOM MINUTES
# CRIMINAL

DATE: 11-17-08   DAY: Monday   START TIME: 1:18 pm   END TIME: 1:32

JUDGE/MAG.: Stephen Crocker   CLERK: Wiseman/Bulder   REPORTER: FTR

CASE NUMBER: 08-CR-105 bbc   CASE NAME: USA v. Juan Pineda, Arturo Pineda, Teodulo Pineda, Otoniel Mendoza, Eli Torres

PROCEEDING: Pretrial Motion Hearing

APPEARANCES:

ASST. U.S. ATTY.: Paul Connell

DEFT'S ATTY: Mark Maciolek, Ronald Benavides, Anthony Delyea, Reed Cornia, Terry Frederick

DOCK#

| | |
|---|---|
| 81 Denied | 95 NCA |
| 82 Granted in part - denied in part | 96 NCA |
| 83 Brief | 91 Granted |
| 84 G | 90 - NCA |
| 85 - reg. | 92 - Granted |
| 80 - D | 88 - Granted |
| 79 - D | |
| 78 - NCA | |
| 77 - D | |
| 76 - G | |
| 75 - NCA N | |
| 74 - DAU | |
| 87 - G | |
| 94 - NCA | |

TOTAL COURT TIME: 14

| | TAPE | INDEX |
|---|---|---|
| START: | | |
| END: | | |